RECEIVED

NOV 1 5 2016

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOSIE EVANS, ET AL. | MISC. CASE NO. 16-mc-62 |
| VERSUS | JUDGE DOHERTY |
| TAKEDA PHARMACEUTICAL COMPANY LIMITED, ET AL | MAGISTRATE JUDGE HANNA |

**JUDGMENT ADOPTING REPORT AND RECOMMENDATION**

Considering the foregoing Report and Recommendation,

IT IS HEREBY ORDERED that the Motion to Approve the Settlement of Josie Evans as Special Administrator and Derivative; and Joseph Evans, Jr., Annie Mae Evans-Martin, Eva Mae Evans, Delores Evans-Johnson, Gloria D. Evans-Harrison, Khaliph A. Bey (formerly Michael Evans), James Evans and Josie Evans as next friend of Dorothy Evans, Minor, as Derivative Claimants, of the Estate of Joseph Evans, is hereby GRANTED pursuant to the Report and Recommendation of Magistrate Judge Hanna, which is hereby adopted.

THUS DONE AND SIGNED in Lafayette, Louisiana, this 15th day of November, 2016.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE